# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER GREWAL, | Case No. 1:21-cv-01643-JLT-BAM |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| LAND O' LAKES, INC., | (ECF No. 12) |
| Defendant. | **FORTY-FIVE DAY DEADLINE** |

The Court conducted a settlement conference in this action on July 17, 2023, at which the parties reached a settlement agreement.  (ECF No. 12.)

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED; and

2.    The parties shall file dispositive documents within **forty-five (45)** days of entry of this order.

IT IS SO ORDERED.

Dated:   **July 17, 2023**

UNITED STATES MAGISTRATE JUDGE